# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANN MATISOFF,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>PETCO ANIMAL SUPPLIES STORES INC.,<br><br>　　　　　Defendant(s). | Case No. 2:10-cv-2214-RLH-GWF<br><br>**O R D E R**<br>(Motion for Partial Dismissal–#11) |

　　　　Before the Court is Defendant's Partial Motion to Dismiss (#11, filed September 14, 2011).  Defendant has also filed a Notice of Non-Opposition to Partial Motion to Dismiss (#12, filed October 4, 2011).

　　　　Defendant seeks dismissal of Plaintiff's negligent supervision cause of action based on the fact that Plaintiff has failed to allege any physical injury.  Cf. *Hall v. SSF, Inc.,* 112 Nev. 1384, 1392-93 (1996); *Rockwell v. Sun Harbor Suites,* 112 Nev. 1217, 1226-78 (1996); and *Leidig v. Honeywell*, 850 F.Supp. 796 (D. Minn. 1994).  The motion has merit.

　　　　Furthermore, Local Rule 7-2(d) provides that failure to file points and authorities in opposition to a motion constitutes a consent that the motion be granted.  *Abbott v. United Venture Capitol, Inc.* 718 F.Supp. 828, 831 (D. Nev. 1989).  It has been said these local rules, no less than the federal rules or acts of Congress, have the force of law.  *United States v. Hvass*, 355 U.S. 570, 574-575 (1958); *Weil v. Neary*, 278 U.S. 160, 169 (1929); *Marshall v. Gates*, 44 F.3d 722, 723 (9th Cir. 1995).  The United States Supreme Court itself has upheld the dismissal of a matter for failure to

respond under the local court rules. *Black Unity League of Kentucky v. Miller*, 394 U.S. 100, 89 S. Ct. 766 (1969).

        IT IS THEREFORE ORDERED that Defendant's Partial Motion to Dismiss (#11) is GRANTED and Plaintiff's claim for negligent supervision is dismissed.

        Dated: October 26, 2011.

_____
**Roger L. Hunt**
**United States District Judge**

2