**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANN MATISOFF, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-02214-RLH-GWF |
| vs. | ) | **ORDER** |
| PETCO ANIMAL SUPPLIES STORES, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Interim Status Report (#29) filed June 14, 2012, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **August 6, 2012** advising the Court of the status of the settlement.

DATED this 27th day of July, 2012.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge