# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANN MATISOFF,

        Plaintiff,                      Case No.  2:10-cv-02214-RLH-GWF

vs.                                         **ORDER**

PETCO ANIMAL SUPPLIES STORES, INC.,

        Defendant.

      This matter is before the Court on the Joint Interim Status Report (#29) filed June 14, 2012, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement.  To date the parties have not filed dismissal papers.  Accordingly,

      **IT IS ORDERED** counsel for the parties shall file a status report  by **August 6, 2012** advising the Court of the status of the settlement.

      DATED this 27th day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge